UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE*
*2004 OCT -1 A 10: 41*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

04-12100 RCL

| | |
|---|---|
| GREGORY SOARES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPPINGSTONE, INC. and | ) |
| KATHLEEN SCHEDLER-CLARK, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Steppingstone, Inc. and Kathleen Schedler-Clark, in the above captioned matter.

                                           The Defendants,
                                           STEPPINGSTONE, INC. AND
                                           KATHLEEN SCHEDLER-CLARK,
                                           By their attorney,

                                           _____
                                           Eric M. Chodkowski
                                           B.B.O. No. 648629
                                           TAYLOR, DUANE, BARTON & GILMAN, LLP
                                           160 Federal Street, 5th Floor
                                           Boston, MA  02110
                                           (617) 654-8200

## CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, Esq., hereby certify that on this 1st day of October, 2004, I served a copy of the above, by overnight mail, postage prepaid to: Christopher J. Lowrie, Esq. and Susan S. Andrew, Esq., 47 Mechanics Lane, New Bedford, MA 02740, attorneys for the plaintiffs.

                                             _____
                                             Eric M. Chodkowski