UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT -1  A 10: 41
DISTRICT COURT
DISTRICT OF MASS.

GREGORY SOARES,   04-12100 RCL

    Plaintiff,

v.

STEPPINGSTONE, INC. and
KATHLEEN SCHEDLER-CLARK,

    Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Steppingstone, Inc. and Kathleen Schedler-Clark, in the above captioned matter.

> The Defendants,
> STEPPINGSTONE, INC. AND
> KATHLEEN SCHEDLER-CLARK,
> By their attorney,
>
> *Jennifer Burke*
> Jennifer Ellis Burke
> B.B.O. No. 554632
> TAYLOR, DUANE, BARTON & GILMAN, LLP
> 160 Federal Street, 5th Floor
> Boston, MA 02110
> (617) 654-8200

## CERTIFICATE OF SERVICE

I, Jennifer Ellis Burke, Esq., hereby certify that on this 1st day of October, 2004, I served a copy of the above, by overnight mail, postage prepaid to: Christopher J. Lowrie, Esq. and Susan S. Andrew, Esq., 47 Mechanics Lane, New Bedford, MA 02740, attorneys for the plaintiffs.

*Jennifer Burke*
Jennifer Ellis Burke