**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
Case Summary
Civil Docket

04-12100 RCL

10/05/2004
11:26 AM

## BRCV2004-01020
## Soares v Steppingstone, Inc. et al

| | | | |
|---|---|---|---|
| **File Date** | 09/14/2004 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 10/05/2004 | **Session** | B - CtRm 2 - (Fall River) |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination |
| **Lead Case** | | **Track** | F |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 12/13/2004 | **Answer** | 02/11/2005 | **Rule12/19/20** | 02/11/2005 |
| **Rule 15** | 02/11/2005 | **Discovery** | 07/11/2005 | **Rule 56** | 08/10/2005 |
| **Final PTC** | 09/09/2005 | **Disposition** | 11/08/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Gregory Soares
Wakefield, RI 02879
Active 09/14/2004

**Private Counsel 306380**
Christopher J Lowrie
47 Mechanics Lane
New Bedford, MA 02740
Phone: 508-990-7980
Fax: 508-991-5589
Active 09/14/2004 Notify

**Private Counsel 643064**
Susan S Andrew
47 Mechanics Lane
New Bedford, MA 02740
Phone: 508-990-7980
Fax: 508-991-5589
Active 09/17/2004 Notify

**Defendant**
Steppingstone, Inc.
466 North Main Street
Fall River, MA 02720
Phone:
Served: 09/17/2004
Served (answr pending) 09/27/2004

**Private Counsel 554632**
Jennifer Ellis Burke
Taylor Duane Barton & Gilman
160 Federal Street
5th Floor
Boston, MA 02110
Phone: 617-654-8200
Fax: 617-482-5350
Active 10/04/2004 Notify

**Private Counsel 648629**
Eric M Chodkowski
Taylor Duane Barton & Gilman
160 Federal Street
5th Floor
Boston, MA 02110
Phone: 617-654-8200
Fax: 617-482-5350
Active 10/04/2004 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-01020
### Soares v Steppingstone, Inc. et al

| Defendant | Private Counsel 554632 |
|---|---|
| Kathleen Schedler-Clark<br>466 North Main Street<br>Fall River, MA 02720<br>Served: 09/17/2004<br>Served (answr pending) 09/27/2004 | Jennifer Ellis Burke<br>Taylor Duane Barton & Gilman<br>160 Federal Street<br>5th Floor<br>Boston, MA 02110<br>Phone: 617-654-8200<br>Fax: 617-482-5350<br>Active 10/04/2004 Notify |
| | **Private Counsel 648629**<br>Eric M Chodkowski<br>Taylor Duane Barton & Gilman<br>160 Federal Street<br>5th Floor<br>Boston, MA 02110<br>Phone: 617-654-8200<br>Fax: 617-482-5350<br>Active 10/04/2004 Notify |
| **Other interested party**<br>FILE COPY<br>Active 09/14/2004 Notify | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 09/14/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 09/14/2004 | | Origin 1, Type B22, Track F. |
| 09/27/2004 | 2.0 | SERVICE RETURNED (summons): Steppingstone, Inc., service made on September 17, 2004 (agent in charge service: Kathleen Schedler-Clark) |
| 09/27/2004 | 3.0 | SERVICE RETURNED (summons): Kathleen Schedler-Clark, service made on September 17, 2004 (in hand) |
| 10/04/2004 | 4.0 | Attys. Jennifer Ellis Burke and Eric M. Chodkowski's notices of appearances for Steppingstone, Inc., and Kathleen Schedler-Clark |
| 10/04/2004 | 5.0 | Notice for Removal to the United States District Court filed by Steppingstone, Inc., and Kathleen Schedler-Clark |
| 10/05/2004 | | Case REMOVED this date to US District Court of Massachusetts with 04-12100RCL endorsement thereon |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 09/14/2004 | CtRm Main - (Taunton) | Status: by clerk<br>Initial one trial review | |

A True Copy By Photostatic Process
Attest:

[signature]

Asst. Clerk of Courts