UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12100 RCL

GREGORY SOARES )
    Plaintiff, )
  )
v. )
  )
STEPPINGSTONE, INC. )
and )
KATHLEEN SCHEDLER-CLARK )
    Defendants )
  )

## JOINT MOTION TO REMAND

The Plaintiff and all Defendants, through their undersigned counsel, by this Motion For Remand, respectfully pray that this matter be remanded to the Bristol County, Massachusetts, Superior Court, where the Plaintiff had commenced this employment discrimination action against the Defendants, pursuant to the Massachusetts Fair Employment Practices Act, M.G.L. c. 151B §4 (4), (4A), (5), (16) and §9.

As reason therefore, the parties state that, following discussions between Counsel, they have determined that such remand would be appropriate and in consonance with the provisions of 28 U.S.C. § 1441(b).

**WHEREFORE**, the Plaintiff and Defendants respectfully request that the Court grant this Joint Motion To Remand, remand this case to the Bristol County, Massachusetts Superior Court, and terminate all proceedings in this matter before this Court.

Respectfully filed via Priority Mail this 28th day of October, 2004.

Plaintiff
By His Attorney,

CHRISTOPHER JAMES LOWRIE
47 Mechanics Lane
New Bedford, MA 02740
(508) 990-7980
Fax: (508) 991-5589
BBO # 306380

Defendants, Steppingstone, Inc. and Kathleen Schedler-Clark
By their Attorney,

Eric M. Chodkowski
Taylor, Duane, Barton & Gilman, LLP
106 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200
BBO # 648629

## CERTIFICATE OF SERVICE

I, Christopher James Lowrie, Esq., hereby certify that on October 28, 2004 I caused a copy of the Joint Motion To Remand to be served by prepaid first class mail on the Civil Clerk, Bristol County Superior Court, 9 Court Street, Taunton, MA 02780 for filing.


CHRISTOPHER JAMES LOWRIE


Dated: October 28, 2004