```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

GREGORY SOARES
    Plaintiffs

V.                          CIVIL ACTION NO.04-12100-RCL

STEPPINGSTONE, INC., ET AL
    Defendants

LINDSAY, D.J.

### ORDER OF REMAND

    In accordance with the Court's allowance of the Joint Motion

to Remand on November 8, 2004; it is hereby ORDERED:

    Case is REMANDED to the Bristol County Superior Court.


                                                   Tony Anastas, Clerk



November 8, 2004                        By: /s/ Lisa M. Hourihan
                                                      Deputy Clerk